# Court of Appeals
# of the State of Georgia

ATLANTA, April 27, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0405. BOYD, COLLAR, NOLEN & TUGGLE, LLC ET AL. v. GARRETT NAIL.**

Upon review, the Applicants' application for discretionary appeal is hereby GRANTED. The Applicants may file a notice of appeal within 10 days of the date of this order. See OCGA § 5-6-35 (g). The Clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.

Garrett Nail's motion to dismiss this application is DENIED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, 04/27/2018*
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*